IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY R. TURNER,

    Petitioner,                No. CIV S-07-0730 JKS DAD P

    vs.

JAMES A. TILTON, et al.,

    Respondents.            <u>ORDER</u>

                                /

        This action was dismissed and judgment entered on February 21, 2008. On March 11, 2008, petitioner filed a notice of appeal. The court will direct the Clerk of the Court to process petitioner's appeal; however, no certificate of appealability will issue. In an order filed on February 21, 2008, the assigned District Judge declined to issue a certificate of appealability and petitioner was advised that any further request for such certificate must be addressed to the Ninth Circuit Court of Appeals. Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to process petitioner's notice of appeal, but no certificate of appealability will issue.

DATED: March 17, 2008.

DAD:4
turn0730.coa

                                                      DALE A. DROZD
                                                      UNITED STATES MAGISTRATE JUDGE